## No. 9190.

### Lopresto *v.* The People.

*Error to Las Animas District Court, Hon. A. Watson McHendrie, Judge.*

*Per curiam:*

Finding no error in the record, the supersedeas is denied and the judgment affirmed.

*Department One.*

Mr. EARL COOLEY, for plaintiff in error.

Hon. LESLIE E. HUBBARD, Attorney General; CLARA RUTH MOZZOR, Assistant Attorney General, for the People.